FILED

2024 JAN 10 PM 4:08

CLERK U S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: _____ rsm

1  MARCIA ANN KIRSCHBAUM
2  833 PINE STREET
   SANTA MONICA, CALIFORNIA. 90405
3  (949) 422-8375
   Marciaann1004@proton.me
4  In Pro Per

5

6  UNITED STATES DISTRICT COURT
   CENTRAL DISTRICT OF CALIFORNIA
7

8                                    **2:24-CV-00254-DMG-E x**

9  MARCIA KIRSCHBAUM,               No. Case Number _____

10 Plaintiff,

11

12     vs.                           BILL OF COMPLAINT IN EQUITY

13                                   Date: January 10, 2024

14                                   Time:

15 HDR LAW GROUP                     Location:

16 and DOES 1-10,                    Judge:

17        Defendant.                 Date Action Filed: January 10, 2024

18                                   Trial Date: _____

19

20

21

22          BILL OF COMPLAINT IN EQUITY

23      PRESENTMENT TO VOID WRIT OF POSSESSION

24

25 COMES NOW, Marcia Ann Kirschbaum, a natural living being of majority status conducting

26 the style condition of The Principal and Beneficial Equitable Title Holder, and not an

27 infant/minor.  Hereinafter "**Complainant**".

28

BILL OF COMPLAINT IN EQUITY

1

2

3

4   As such, **Complainant** is existing, as well as retaining and reserving all rights, natural,

5   private, commercial, incorporeal, or otherwise and do hereby tender this claim and make this

6   claim that the tender is a private, nonnegotiable Special Deposit under title "Answer for

7   Unlawful Detainer" as RF544797825US-mak-02-01 and via Social Insurance Account

8   Number 391701680, on the accounts receivables books of the court and/or via the

9   Respondent's commercial filings and/or other deposits into the court's registry, who by their

10   own admission of the complaint, showing or causing to show the existence of a qualified
endorsement.

11   The court acts as an administrative venue, as a result of the administrative acts and the

12   presidential proclamation 2038, 2039, and 2040- for which the presidents of the United

13   States have exercised "Emergency Powers Jurisdiction" continuously from 1933 to the

14   present, according to the Senate report on national emergencies associated with the National

15   Emergency Act.  This information is not ambiguous, nor is it foreign to government, for the

16   Senate of the United States Congress has verified the aforementioned facts.

17

18

19   ### EQUITIES IMPLIED EXPRESSION OF A TRUST.

20

21   Minor means an individual under the age of 18 years; however, the term "minor" is

22   <u>also used</u> to refer to an individual who <u>has</u> attained the age of 18 years but has <u>not yet</u> taken

23   control of the securities contained in his or her minor account.

24   "Minor account" means an account that a <u>custodian controls</u> on behalf of a minor, this

25   is referred to as <u>a resulting trust</u>.  The definition of a resulting trust is <u>A resulting trust</u> (from

26   the Latin 'resalire', meaning 'to jump back') is the creation of an implied trust by operation of

27

28

law where property is transferred to someone who pays nothing for it; And then is implied to have held the property for the benefit of another person.

## JURISDICTION AND VENUE

Jurisdiction is proper "other jurisdiction" wherein the Constitution, whereby CALIFORNIA CONSTITUTION ARTICLE 6 JUDICIAL POWER, SECTION authorized such, out of necessity. The judicial power shall be vested in one Supreme Court, (who may extend such powers in a Court of Appeals, in District Courts, in County Courts, in Metropolitan Courts), and in such other courts and may be established by positive law i.e.: equity.

*Equity is the law as* **Law is nothing without equity, and equity is everything, even without Law.**

Therefore, this court has the power to decree in equity upon this in-camera/chambers and may enforce the Bill of Rights put forth in this bill as expressed in the Constitution.

We must remember, as shall be discussed briefly in a moment, that an attorney who represents an individual who has not yet attained the age of majority, is said to represent a ward of the court or the state. An attorney holds an administrative position as an agent or officer of the court and as such, the attorney becomes the ward appointed guardian ad litem, leaving the infant/minor without rights.

Now, in proof that the trust exists and is, for all necessities and purposes, a "RESULTING TRUST", in that upon attaining majority, the securities, assets, properties of the infant estate become the rightful property of the beneficiary (beneficial equitable title holder) who has attained the age of majority. Seeing that this is a resulting trust, by operation of law, and as a result of the principles of equity, and that it involves a minor and/or infant and/or the properties of an infant, the proper jurisdiction is that of equity, who has and maintains a right to such inherent jurisdiction.

BILL OF COMPLAINT IN EQUITY

## RULE OF LAW

Whereby this cause, being a complaint in exclusive equity jurisdiction, as it directly involves the property/estate/securities of an infant minor, cites the rules of law as follows upon:

## BILL OF RIGHTS

No person's (to include infants/minors) property shall be taken, damaged, or destroyed, or applied to public use, without adequate compensation being made, unless by consent of such person, and when taken, except for use of the State, such compensation shall be first made or secured by a deposit of money.

## JURISDICTION OF COURTS OVER THE ESTATES OF INFANTS

Jurisdiction over the estate of an infant is inherent in equity, but it may also be vested by administrative constitutional and administrative statutory provisions in particular courts; The administrative institution of proceedings affecting an infant's property makes the infant a ward of the court (held in trust for such the seizure of rights and/or property could only be instituted as a result of a prior relationship. Here, there is a special relationship, whereby the infant/miner is the beneficiary, the state court the Settlor and its Agents and or Officers, Trustees, constituting a trust relationship, in equity), which has broad powers and the duty to protect his or her interests.

Courts of equity have GENERAL AND INHERENT JURISDICTION over the property of infants. Primary jurisdiction over the estate of infants may, under administrative constitutional or administrative statutory provisions, be vested in the probate, county, district, or other specific courts.

The jurisdiction can be exercised only when the court has acquired jurisdiction as to the particular infant/minor or subject matter (jurisdiction over estates/trusts are exclusive in

BILL OF COMPLAINT IN EQUITY

nature over which courts of equity have exclusive jurisdiction, and such matters must be heard at equity). The commencement of a proceeding affecting the infant's property vest the court with jurisdiction over his or her estate, pursuant to which the court acts in loco parentis or as a guardian, and the infant becomes its ward. It is the duty of the court to safeguard the infant's property interests with great care i.e. in trust.

After the jurisdiction of the court has attached, either through an appearance which equates to submitting to the court's jurisdiction, and/or a plea being entered by the infant/minor, the court in its administrative capacity has broad, comprehensive and plenary powers over the estate of the infant/minor.

However, courts of equity have exclusive jurisdiction over the property of the infant/minor.

This court may adjudicate the rights and equities of the infant and property, and it may cause to be done whatever may be necessary to preserve and protect the infant's estate, which includes the property/assets of said estate.

The exercising of such powers must be tempered with reasonable limitations, and one major limitation is that courts of equity have exclusive jurisdiction over the property/assets of an infant. Therefore, the court cannot act in violation of administrative constitutional or statutory limitations on its powers, or permit the impounding of the infant's funds for the creation of a trust, which the court or parties have done, by establishing the instant matter, and thus attempt to deprive the infant/minor of the right to the absolute enjoyment of the funds of one who has come forth now, and is appearing at the age of majority in correction of any presumptions by previous actions or appearances in this manner.

An infant is not competent to waive the administrative statutory requirements enacted for his or her benefit and protection, with respect to the manner in which the jurisdiction of the court may be exercised, unless and until they attain the age of majority, then they can either petition for the removal of minor's disabilities and/or express the trust.

BILL OF COMPLAINT IN EQUITY

## JURISDICTION OF COURTS OVER ESTATES OF INFANT/MINORS-JUDICIAL ALLANCE FOR SUPPORT, MAINENANCE, AND EDUCATION.

Respondents could not have had a valid claim against infant/minor without personal knowledge and a copy of Photo, Fingerprints, A Forced Plea, Coercion, Threats, False imprisonment.  A false commercial claim(s) is/are not considered lawful evidence and/or knowledge, because such copies are held as a forgery, evidence of involuntary servitude.

Furthermore, courts in conducting "Commercial" Business of the court must give/disclose to or upon a party upon demand the bookkeeping entries (both receivables and payables) with an affidavit, and demand is hereby made for immediate production, or all the evidence is hearsay evidence into the court. The infant miner having attained the age of majority hereby challenges the bookkeeping and demands the full accounting on the accounts receivables and accounts payables and all dividends, profits, rents, escrows, etc. resulting from the deposit of TRUST/Estate of the ward/Beneficiary onto the courts accounts receivables and other general intangibles.

## MOVEMENT FOR RELIEF

Complainant is entitled to the relief of damages in equity, as equity must cause equity to be done, though the heavens fall; Complainant is entitled to relief in the form of damages for the following reasons:

Respondent(s) has taken the private property of the Complainant under extreme duress and threat of violence against Complaints life, property, liberties without just compensation, without the expressed and/or written consent of Complainant.  Respondent(s) has a duty to respond to all complaints and questions because of the legal of the parties and by not responding, the respondent is in breach of trust, because the infant estate and duty of care associated therewith/thereto is an express trust:

## VERIFIED MEMORANDUM OF PRINCIPLES OF LAW AND

BILL OF COMPLAINT IN EQUITY

## POINTS OF AUTHORITIES ON EXPRESS SPECIAL RELATIONSHIP TRUSTS

The court and its officers are a legal title holder of not only the express trust but also the constructive trust.

As now has been placed on the record, I share the same or similar name as the named res. MARCIA ANN KIRSCHBAUM.  Plaintiff petitions for the removal of minor's disabilities and/or expressed the trust, multiple times, over the past year, as well as filing and recording these events at Los Angeles County, but has been repeatedly ignored.

Furthermore, for clarification, I am not now acting in the capacity AS the "Legally Named defendant".  I am the Beneficiary and Equitable Certificate of Title Holder.

None of this information is foreign to the court, and this matter must proceed in equity.

Failure and or refusal to proceed at equity, under exclusive jurisdiction will constitute contempt of justice.

### ELEMENTS OF A TRUST:

1. Settlor/Grantor/Trustor – intended to create a trust, which is perceived by the reasonable observer, as in the case of the New Deal and the several Federal Acts and associated State regulations-

    a.  The Emergency Banking Relief Act of March 9th, 1933

    b.  The Social Security Act of 1934, the Trustee Indenture Act

    c.  The Social Security Trust

    d.  The Treasury Trust Fund

    e.  The Public Trust and the Administration thereof

    f.  As well as the Answer filed with this court on May 19th, 2023, filed and recorded as "Answer for Unlawful Detainer" as Special Deposit No. RF544797825US-mak-02-01

These are each specific and Special Relationship Agreements, as they are specifically designed and voluntarily submitted to, as required by the 13th amendment authorizing such.

BILL OF COMPLAINT IN EQUITY

2. Rights Must Be Identified

    a. As evidenced by Due Process of Statutory Provisions in the 14th Amendment, section 1 & 4

3. Identification of Principal Beneficiary & Equitable Certificate (CoLB) of Title Holder – Whom the property is held on behalf of (held in-trust)

4. Shares/Assets/Property must be Identified. (CoLB/SSN/Docket/Acct Numbers, etc.)

5. The trust Must Be Workable

6. Must have an ending (a Trust can't last forever)

7. All Elements of a Trust Are Present – 31 C.F.R. § 363.6

To reiterate:

Minor means an individual under the age of 18 years. The term minor is also used to refer to an individual who has attained the age of 18 years, but has not yet taken control of the securities contained in his or her minor account.

Minor account means an account that a <u>custodian controls</u> on behalf of a minor, that is linked to the custodian's primary account. (C31 CFR subsection 363.10 and 363.27 For more information about minor accounts)

The Settlor is Federal Government directly and through the state and local governments (this indication is specified by the use of the "lower case" state and government and other proper nouns). Through various acts of Congress, and through the Age of Majority Act's.

The identity of the Equitable Beneficial Title Holder is the Minor <u>both un-attained and attained</u> until they control the securities/shares in the trusted account.

The Rights are Identified by the right to attain the Age of Majority, to gain control of Securities Held in one's Minor Account, and to be free from Minors Disabilities.

BILL OF COMPLAINT IN EQUITY

The trust is workable in that the Custodian/Fiduciary/Trustee/Ministerial Clerk must hold the minor/infant account in trust on/for the benefit/behalf of a minor/infant, that is linked to the custodian's primary account. (In most instances this is with the Federal and State Treasuries).

The trust may not last forever as it and the duties of all parties end upon the attaining the age of majority, and documenting such in a definitive manner by attaching an affidavit attesting such to his or her BIRTH CERTIFICATE – NOTE THE PRINCIPLE:

"the register of titles is authorized to receive for registration of memorials upon any outstanding certificate of an official birth certificate pertaining to a registered owner named and said certificate of title showing the date of birth of said registered owner providing there is attached to said certificate and affidavit of an affiant who states that he/she is familiar with the facts recited stating that the party named and said birth certificate is the same party as one of the owners names and said certificate of title and that thereafter the register of titles shall treat registered owner as having obtained at the age of majority as of the date of 18 years after the date of birth shown on the said certificate".... (Look at Minn. Rule 220 for this language)

The aforementioned is a general court rule of MINN. RULE 220, meaning that it applies in principle in all birth certificate attaining related matters, and administrative proceedings.

A Power of Attorney titled in part "Marcia Ann Kirschbaum Power Of Attorney General In Fact, A Private Special Relationship Express Trust, encompassing all related manners and all associated properties is at issue invoking Exclusive Jurisdiction At/In Equity.

This matter does not involve A statutory and/or constitutional provision respecting a minor and/or infant. This matter exclusively and specifically involves an estate trust and the property of an infant/minor under equitable law.

Generally, an infant may acquire property rights, but he or she is not regarded as capable of managing his or her property. Hence the law does not entrust him or her with the custody or control of his or her estate. The reason an infant miner is not capable of managing

his or her own assets properties held in their minor account, a general principle of equitable
law.

Generally, as an equitable principle, the statute of limitation is suspended, as against
infants, during their disability, or either, do not begin to run against infant until the obtaining
of majority where the infancy does not hold the statutes.   The infant is allowed a statutory
period after attaining majority to contest any adverse possession which, commences during
infancy.

Here the inference is upon the infant attaining the age of majority, the same with
respects to a minor and or juvenile, and as noted, such a person individual shall remain a
minor or an infant until such time they gain control of the assets held in their minor account
through equity.

With this supporting affidavit, the Complainant states that this court in good
conscience and good reason shall, and/or the Complainant in his prayer, to court to show
cause via facts and confessions of equitable law, why he is not entitled to just compensation
and other equitable relief to which he is entitled, as Equitable Beneficial Title Holder.

Complaint prays to this court for damages in the amount as specified in the contract
and the value of the full estate plus interest, for the court is under obligation in this exercise of
its inherent equitable powers to do equity.

Complainant additionally prays for an injunction to issue against Respondent and the
Attorney for an attempted taking of trust property, private information and solicitation against
the complainant where he is not entitled to act against trust with just or any other cause, for
such is construed as intermeddling with the estate of the infant minor, for which they are strict
and severe penalties.

Sources sited:

§ 363.6 Damages - the power to award damages in a proper case, as unnecessary incident to other purely equitable relief and in the same decree, is fully admitted, and even to award damages alone in very special cases; but the jurisdiction has been exercised with the utmost causation and reserve. See JUDICIAL INTERPRETATION INTERPRETATIONS, Pomeroy equity jurisprudence.

A court of equity grants the relief of compensatory damages in connection with some other specific relief, and under very particular circumstances it decrees the payment of damages alone. Several kinds of equitable suits are wholly pecuniary in their relief, as those four contribution and exoneration. See JUDICIAL INTERPRETATION INTERPRETATIONS, Pomeroy equity jurisprudence.

Maxims of Equity and Adjudication States that a court of equity (§ 56) to protect and enforce rights to property is the object of suits of chancery. The term property, as used in this section, includes that is the subject of exclusive individual ownership; Or to be more specific, includes not only lands, houses, goods and chattels, rights and credits, but also, a man's person, and his wife and minor children, and his right to work. And to sell and acquire property, and engage in any lawful business, and his and their reputation, health and capacity to labor, and his and their right to enjoy the senses of sight, smell, hearing and taste, and his end their right of speech and locomotion, and his and their right to enjoy their sense of moral propriety when normal. As men live by their labor and property, no man is presumed to part with either without receiving or expecting an equivalent in value. Hence whenever one person has obtained either the labor or property of another he should pay or account therefore, unless he can prove it was a gift; And so, whatever injury one person does to another's property or capacity to labor should be made good.


I declare under the laws of the United States of America that foregoing is true and correct.

Executed on this 10th day of January 2024

BILL OF COMPLAINT IN EQUITY

By: _M A Birschbaum, Agent_

    As: Complainant and Equitable Beneficial Title Holder

Without prejudice.  Without Recourse.

BILL OF COMPLAINT IN EQUITY